UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LOURDES B. HAMMOND,

                 Plaintiff,

  -against-

AMERICAN BUSINESS MORTGAGE
SERVICES, INC.,

                Defendant.
-----------------------------------------------------------------X

JUDGMENT
03-CV- 5021 (FB)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★              ★

P.M. _____
TIME A.M. _____

A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on June 30, 2005, dismissing plaintiff's Amended Complaint; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that plaintiff's Amended Complaint is dismissed.

Dated: Brooklyn, New York
       June 30, 2005

                                                            ROBERT C. HEINEMANN
                                                            Clerk of Court